11092592

UNDER SEAL

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

MAR - 3 2020

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| HE LI | ) Case No. 1:20-mj-81 |
| a/k/a "Qinbin Chen" | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     HE LI                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349.

Date: 25 Feb 20

/s/ _____
Ivan D. Davis
United States Magistrate Judge *Issuing officer's signature*

City and state:     Alexandria, VA

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2.25.2020 , and the person was arrested on *(date)* 3.3.2020 at *(city and state)* S. Riding, VA . |
| Date: 3.3.2020 |
| *Arresting officer's signature* |
| BRIDGIT DEPIETO, Special Agent |
| *Printed name and title* |